# Law Offices of Julie Rendelman, LLC
535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office:  212-951-1232
Cell:  (646) 425-5562

Email: Julie@RendelmanLaw.com

_____

February 20, 2021

**TO:** The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**RE:** *United States v. Maliha Ijaz,*
*Ind. # 20 CR 681*

> In light of Mr. Larry Krantz's notice of appearance, filed today, it is hereby ORDERED that Ms. Julie Rendelman is relieved as counsel.  As soon as practicable, Ms. Rendelman should provide any relevant files pertaining to her defense of Ms. Ijaz to Mr. Krantz.
>
> SO ORDERED.
>
> Date:   February 22, 2021
>            New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Dear Judge Cronan,

I write this letter motion to request that the Law Offices of Julie Rendelman, LLC, be removed as counsel of record for Maliha Ijaz in the above-captioned action, as the defendant has indicated she has hired new counsel.

Through my firm, I was retained in the above matter on or about December 16, 2020. I have since been advised that Ms. Ijaz has retained new counsel, Mr. Larry Krantz.

Defense contends that this motion to withdraw is timely and will not prejudice Ms. Ijaz as this case is still in its early stages. Ms. Ijaz was arraigned on or about December 16, 2020, and the case is at the pre-trial phase.  The defense has not received discovery and the case has not yet been set for trial. Thus, if new counsel were to be assigned, there is no transfer of voluminous material required, and the transition of representation would not cause undue delay for Ms. Ijaz, the Government, or the Court.

Accordingly, I write to apprise the Court of these developments and to request that the Court grant this motion to withdraw from this case.

Thank you for your time.

                                                    /s/ Julie Rendelman
                                                  Julie Rendelman, ESQ
                                                  *Attorney for Defendant Ijaz*

cc: Nicholas W. Chiuchiolo, Assistant U.S. Attorney (email)
    Daniel G. Nessim, Assistant U.S. Attorney (email)