March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

Maliha Ijaz                                     ,
                     Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

20 -CR- 681 (___) (___)

Defendant ___Maliha Ijaz_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
          Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

X      Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_____/s/ Mahila Ijaz_____

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Larry Krantz
Digitally signed by Larry Krantz
DN: cn=Larry Krantz gn=Larry Krantz c=US United States l=US
United States o=Krantz & Berman LLP
e=lkrantz@krantzberman.com
Reason: I am approving this document
Location:
Date: 2021-03-06 20:32-05:00

_____

Defense Counsel's Signature

# Maliha Ijaz

Print Defendant's Name

# Larry Krantz

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___3/8/2021_____

Date

_____

U.S. District Judge/U.S. Magistrate Judge