

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
lkrantz@krantzberman.com

July 6, 2021

BY ECF and E-MAIL

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

CronanNYSDChambers@nysd.uscourts.gov

> Defendant Maliha Ijaz's request is granted. Ms. Ijaz may travel to New Jersey on July 8, 2021.
>
> SO ORDERED.
>
> Date:   July 7, 2021
>         New York, New York
>
> JOHN P. CRONAN
> United States District Judge

*Re: United States v. Levin, et al.,*
<u>No. 20-cr-00681 (JPC)</u>

Dear Judge Cronan:

    We represent defendant Maliha Ijaz in the above matter. Ms. Ijaz's bail conditions currently restrict her travel to the Southern and Eastern Districts of New York. However, she would like to travel to New Jersey for a one day family trip on July 8, 2021. Both pre-trial services and AUSA Daniel Nessim have no objection to this travel. Accordingly, we ask that permission to travel be granted by the Court.

    Thank you for your consideration of this request.

Respectfully submitted,

Larry Krantz

cc:   Francesca_piperato@nypt.uscourts.gov
      Daniel.Nessim@usdoj.gov