# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
hsandler@krantzberman.com

August 12, 2021

**BY ECF and E-MAIL**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: *United States v. Levin, et al.*, No. 20-cr-00681 (JPC)

Dear Judge Cronan:

We represent defendant Maliha Ijaz in the above-referenced matter. Ms. Ijaz's bail conditions currently restrict her travel to the Southern and Eastern Districts of New York. However, she would like to travel with her family to Texas for a family wedding and then to also see other family in Texas. The trip is scheduled from September 2 – 14, 2021.

Pre-trial services no objection to this travel so long as Ms. Ijaz provides proposed travel itinerary prior to her leave, which we will provide to Pre-trial services on Ms. Ijaz's behalf. AUSA Daniel Nessim has no objection to this travel request.

Accordingly, we respectfully request that this travel request be granted. Thank you for your consideration.

Sincerely,

Hugh Sandler

Defendant Maliha Ijaz's request is granted. Ms. Ijaz may travel to Texas from September 2, 2021 through September 14, 2021 for a family wedding and to see other family in Texas. Ms. Ijaz must provide proposed travel itinerary prior to her leave to Pretrial Services.

SO ORDERED.
Date: August 16, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

cc:
Karina_Vilefort@nyspt.uscourts.gov
Daniel.Nessim@usdoj.gov

747 Third Avenue   32nd Floor   New York, New York 10017-2803   Telephone 212.661.0009   Fax 212.355.5009
www.krantzberman.com