# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner
Ainsley C. Dowling

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
hsandler@krantzberman.com

May 24, 2022

**BY ECF and E-MAIL**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

*Re: United States v. Levin, et al.*, **No. 20-cr-00681 (JPC)**

Dear Judge Cronan:

We represent defendant Maliha Ijaz in the above-referenced matter. Ms. Ijaz's bail conditions currently restrict her travel to the Southern and Eastern Districts of New York. We respectfully submit this letter to request Ms. Ijaz be permitted to travel to Germantown, Maryland on May 28, 2022. She will return to New York the next day, on May 29.

She is requesting to travel to Maryland so she may attend a family gathering.

Both pre-trial services and the AUSA consent to this travel.

Thank you for your consideration.

Respectfully submitted,

Hugh Sandler

The Court grants this request. Ms. Ijaz may travel to Germantown, Maryland May 28, 2022 through May 29 2022. Ms. Ijaz must provide travel itinerary to Pretrial Services before leaving.

SO ORDERED.
Date: May 24, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

cc: karina_vilefort@nyspt.uscourts.gov
nicholas.chiuchiolo@usdoj.gov
daniel.nessim@usdoj.gov